**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNBELT RENTALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CORBEL COMMUNICATIONS INDUSTRIES LLC, <br><br> Defendant. | Case No. 8:21-CV-1460-JLS (DFMx) <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE (Doc. 26)** |

**ORDER**

Before the Court is the Parties' Joint Motion to Dismiss Action with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2). The Parties have notified the Court of settlement of all claims between them and seek dismissal of the action.

Accordingly, the Motion is **GRANTED**, and the action is **DISMISSED WITH PREJUDICE.**

DATED: March 10, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE